## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 1:02-CR-253** |
| | : | |
| **v.** | : | **CIVIL NO. 1:03-CV-01100** |
| | : | |
| | : | **(Judge Conner)** |
| **JOANNE M. GALLAGHER** | : | |
| | : | |

## ORDER

AND NOW, this 20th day of January, 2012, upon review of the joint motion (Doc. 106) of the defendant Joanne M. Gallagher ("Gallagher") and the United States of America, and after a telephone conference with counsel of record in which the parties represented and agreed that Gallagher's request to practice as a massage therapist and the issues set forth in her motion and the United States' brief in opposition will be fully addressed by the Bureau of Professional and Occupational Affairs of the Commonwealth of Pennsylvania, it is hereby ORDERED that:

1.    The Clerk of Court shall file the joint motion (Doc. 106) to dismiss in Civil Action No. 1:03-CV-1100.

2.    The Clerk of Court shall STRIKE Gallagher's motion (Doc. 92) for leave to practice as a licensed massage therapist in the Commonwealth of Pennsylvania in Criminal Action No. 1:02-CR-253.

3.    The joint motion (Doc. 106) to dismiss is GRANTED.

4.	The hearing scheduled for January 24, 2012, in the above-captioned matter is CANCELED.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge